IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Carraher, James

Printed: 03/24/09

Case Number: 08 B 23961
Judge: Wedoff, Eugene R
Filed: 9/10/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: January 22, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,200.00 |  |
| Secured: |  | 60.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 4.24 |
| Other Funds: |  | 1,135.76 |
| Totals: | 1,200.00 | 1,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 2. | American General Finance | Secured | 867.00 | 60.00 |
| 3. | Resurgent Capital Services | Unsecured | 236.75 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 42.20 | 0.00 |
| 5. | Resurgent Capital Services | Unsecured | 53.26 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 906.68 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 394.54 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 204.13 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 178.67 | 0.00 |
| 10. | Fifth Third Bank | Unsecured | 99.68 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 308.35 | 0.00 |
| 12. | American General Finance | Unsecured | 0.10 | 0.00 |
| 13. | Midwest Bank & Trust | Secured | | No Claim Filed |
| 14. | Midwest Bank & Trust | Secured | | No Claim Filed |
| 15. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 16. | American Express | Unsecured | | No Claim Filed |
| 17. | Activity Collection Svc | Unsecured | | No Claim Filed |
| 18. | HSBC | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Leonard & Co | Unsecured | | No Claim Filed |
| 21. | Midwest Bank & Trust | Unsecured | | No Claim Filed |
| 22. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| | | | $ 3,291.36 | $ 60.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Carraher, James | Case Number: 08 B 23961 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/24/09 | Filed: 9/10/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.6% | 4.24 |
| | $ 4.24 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*